| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

UNITED STATES OF AMERICA §
　§
*versus* §
　§
TEXAS LIFE INSURANCE COMPANY § CASE NO. 1:04-CR-60-1
Garnishee-Defendant §
and §
ROBERT L. MCDORMAN §

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

On this day, the court considered the Findings of Fact and Recommendation of United States Magistrate Judge Earl S. Hines that the court dissolve the writ of continuing garnishment and return the funds in the registry of the court to Texas Life Insurance Company. No party has objected to the Magistrate Judge's Recommendation, and the court is of the opinion that the Recommendation should be accepted.

Accordingly, it is **ORDERED**: (1) the Report and Recommendation of the United States magistrate judge is **ADOPTED**; (2) the unopposed Motion to Dissolve Writ of Continuing Garnishment filed the United States of America [Docket No. 75] is **GRANTED**; and (3) the clerk is directed to return the proceeds in the amount of $9,817.10 held in the registry of the court to Texas Life Insurance Company.

SIGNED at Beaumont, Texas, this 6th day of July, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE